PER CURIAM.

(No. 74-CC-473— )

WRIGHT BUILDING CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed July 1, 1974.*

WRIGHT BUILDING CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.